IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| US TRINITY ENERGY SERVICES, LLC, | ) |
| Petitioner, | ) |
| v. | ) |
| MOOSEHEAD HARVESTING, INC., | ) |
| Respondent. | ) Civil Action No. 3:21-MC-0002-C |

### ORDER

The Court, having considered Petitioner's Motion to Proceed without Local Counsel, filed January 13, 2021, is of the opinion that the same should be **GRANTED**. Accordingly, Petitioner may proceed without local counsel in this civil action.

SO ORDERED this 25th day of January, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE